AFFLITTO, RAIMONDI & AFFLITTO
500 Valley Road
P. O. Box 3097
Wayne, New Jersey 07474-3097
973/633.8700
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Case No. 2:10-cr-00027-WHW

| UNITED STATES OF AMERICA | : | CRIMINAL |
|---|---|---|
| - v - | : | **CONSENT ORDER PERMITTING RETURN OF PASSPORT** |
| SHIRLEY J. ENGLISH | : | |
| DEFENDANT. | : | |
| | : | |

THIS MATTER having come before the Court upon the application of Joseph T. Afflitto, Sr., Esquire, Attorney for Defendant, Shirley J. English, upon notice to and with the consent of the United States Attorney's Office (Eric T. Kanefsky, Assistant United States Attorney, appearing) and Pre-Trial Services (Elizabeth Auson, Pre-Trial Services Officer, appearing); and it appearing to the

Court that on January 20, 2010, the Defendant was released on a $25,000.00 unsecured Appearance Bond and had as a condition of her release, that she surrender her passport to Pre-Trial Services pending disposition of the matter; and it further appearing that Defendant complied with all conditions of her pre-trial release and was sentenced by the Court on April 26, 2010, to a term of probation and for good cause shown;

It is on this _____7_____ day of _____June_____, 2010,

**ORDERED** that Pre-Trial Services shall return Defendant's passport.

_____
WILLIAM H. WALLS, U.S.S.D.J.